Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                Case No.:  21−13741−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony E Snook
   367 Ann Street
   Phillipsburg, NJ 08865

Social Security No.:
   xxx−xx−9888

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/15/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: September 15, 2021
JAN: rms

                                                                                    Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                       Case No. 21-13741-CMG
Anthony E Snook                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                                 Page 1 of 3
Date Rcvd: Sep 15, 2021                Form ID: 148                                Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony E Snook, 367 Ann Street, Phillipsburg, NJ 08865-3353 |
| 519203837 | + | American Web Loan, 3910 W. 6th Street, PO Box 277, Stillwater, OK 74076-0277 |
| 519203839 | | Capital One N.A., PO Box 17219, Baltimore, MD 21297-1219 |
| 519203841 | + | Court Clerk, Law Division--Special Civil Part, 413 Second Street, PO Box 900, Belvidere, NJ 07823-0900 |
| 519203845 | + | Maquire-Scala Memorial Home, 124 High Street, Hackettstown, NJ 07840-1906 |
| 519231323 | + | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 519203846 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519203847 | + | Ms. Karen Gares, 367 Ann Street, Phillipsburg, NJ 08865-3353 |
| 519241179 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695 |
| 519203850 | | State of New Jersey, Division of Taxation, Revenue Processing Center, PO Box 643, Trenton, NJ 08646-0643 |
| 519203853 | + | Town of Phillipsburg, 120 Filmore Street, Phillipsburg, NJ 08865-2421 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 15 2021 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2021 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519209168 | | EDI: PHINAMERI.COM | Sep 16 2021 00:23:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519203838 | + | EDI: PHINAMERI.COM | Sep 16 2021 00:23:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519203840 | + | EDI: WFNNB.COM | Sep 16 2021 00:23:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519203842 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 15 2021 20:36:56 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519203843 | + | EDI: PHINGENESIS | Sep 16 2021 00:28:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 519257088 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2021 20:36:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519203844 | + | EDI: LENDNGCLUB | Sep 16 2021 00:23:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 519203848 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 15 2021 20:28:00 | PNC Bank, B6-YM07-01+7, PO Box 1820, Dayton, OH 45401-8807 |
| 519242592 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 15 2021 20:28:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

Case 21-13741-CMG    Doc 16    Filed 09/17/21    Entered 09/18/21 00:13:10    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2021 | Form ID: 148 | Total Noticed: 31 |

| 519245762 | | EDI: PRA.COM | | | |
| | | | Sep 16 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Jcp, POB 41067, Norfolk VA 23541 |
| 519234249 | | EDI: Q3G.COM | | | |
| | | | Sep 16 2021 00:23:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519218217 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | | |
| | | | Sep 15 2021 20:37:09 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 519203849 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | | |
| | | | Sep 15 2021 20:37:09 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 519253862 | + | EDI: RMSC.COM | | | |
| | | | Sep 16 2021 00:23:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519204385 | + | EDI: RMSC.COM | | | |
| | | | Sep 16 2021 00:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519203851 | + | EDI: RMSC.COM | | | |
| | | | Sep 16 2021 00:23:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519203852 | + | EDI: RMSC.COM | | | |
| | | | Sep 16 2021 00:23:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519203854 | | EDI: IRS.COM | | | |
| | | | Sep 16 2021 00:23:00 | United States IRS, PO Box 931000, Louisville, KY 40293-1000 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519213191 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2021 | Form ID: 148 | Total Noticed: 31 |

                 on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Steve F. Dunbar
                 on behalf of Debtor Anthony E Snook dunbarlaw@enter.net  r40333@notify.bestcase.com

U.S. Trustee
                 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4